UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **BRIGITTE KOVACEVICH,** | ) |
| Plaintiff, | ) |
| v. | ) No. 3:09-0068 |
| | ) JUDGE ECHOLS |
| **VANDERBILT UNIVERSITY,** | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, Plaintiff's Motion For Partial Judgment On The Pleadings Or In The Alternative, For Partial Summary Judgment (Docket Entry No. 16) is hereby DENIED.

The case is hereby returned to the Magistrate Judge for further case management.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRIGITTE KOVACEVICH, | ) |
| Plaintiff, | ) |
| | ) No. 3:09-0068 |
| v. | ) JUDGE ECHOLS |
| | ) |
| VANDERBILT UNIVERSITY, | ) |
| Defendant. | ) |

## MEMORANDUM / ORDER

[Overlapping text:] Plaintiff Brigitte Kovacevich ("Plaintiff") filed a Motion For Partial Judgment On The Pleadings Or In The Alternative For Partial Summary Judgment (Docket Entry No. 16), to which Defendant Vanderbilt University ("Vanderbilt") filed a response in opposition (Docket Entry No. 22), and Plaintiff filed a reply (Docket Entry No. 28).

[Overlapping:] For the reasons expressed by the Court at the hearing, Plaintiff's Motion For Partial Judgment On The Pleadings Or In The Alternative For Partial Summary Judgment (Docket Entry No. 16) is hereby DENIED. The case is hereby returned to the Magistrate Judge for further case management.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

## I. FACTS

Plaintiff was a graduate student in the Department of Anthropology in Vanderbilt's Graduate School from August 1997 through June 2006. During at least parts of Plaintiff's graduate school education, Dr. Arthur Demarest was her mentor. Dr. Demarest, the Ingram Professor of Anthropology at Vanderbilt, was the Director of the Cancuen Archeological Project in Guatemala, where Plaintiff performed her field research for her doctoral dissertation. Dr. Demarest served on Plaintiff's dissertation committee. Plaintiff received her Ph.D. degree in August 2006.

During her years as a graduate student, Plaintiff served as a teaching assistant during various academic semesters between 1997 and 2004. She was not employed by Vanderbilt as a teaching assistant after the fall 2004 semester.

On August 10, 2007, Plaintiff filed a Complaint against Vanderbilt in the United States District Court for the Middle District of Tennessee, Case No. 3:07-0828. The Complaint alleged

1