**ARTHUR DEMAREST**
**Taken:**
**November 10, 2009**
**KOVACEVICH v. VANDERBILT**
**Case No. 3:09-0068**
**&**
**VANDERBILT v. KOVACEVICH**
**AND**
**KOVACEVICH v. DEMAREST**
**Case No. 08-1000-IV**

| From: | | To: | |
|---|---|---|---|
| Page | Line | Page | Line |
| 125 | 11 | 125 | 20 |
| 126 | 5 | 126 | 19 |
| 127 | 3 | 127 | 10 |
| 128 | 15 | 129 | 14 |
| 130 | 9 | 130 | 21 |
| 131 | 20 | 132 | 24 |
| 138 | 14 | 139 | 24 |
| 144 | 11 | 146 | 9 |
| 147 | 9 | 147 | 20 |
| 148 | 2 | 148 | 11 |
| 148 | 23 | 149 | 20 |
| 152 | 1 | 152 | 10 |
| 153 | 14 | 154 | 21 |
| 157 | 4 | 157 | 18 |
| 158 | 21 | 159 | 13 |
| 160 | 14 | 161 | 19 |
| 164 | 3 | 164 | 9 |
| 168 | 4 | 169 | 24 |
| 170 | 22 | 171 | 12 |
| 171 | 18 | 172 | 7 |
| 177 | 12 | 177 | 20 |