**ARTHUR DEMAREST**
October 30, 2009
KOVACEVICH v. VANDERBILT
Case No. 3:09-0068
&
VANDERBILT v. KOVACEVICH
AND
KOVACEVICH v. DEMAREST
Case No. 08-1000-IV
Vol. 1

| From: | | To: | |
|---|---|---|---|
| Page | Line | Page | Line |
| 5 | 6 | 5 | 25 |
| 7 | 3 | 8 | 24 |
| 10 | 4 | 12 | 20 |
| 15 | 4 | 16 | 5 |
| 17 | 13 | 18 | 4 |
| 20 | 6 | 20 | 17 |
| 22 | 1 | 22 | 19 |
| 24 | 4 | 25 | 2 |
| 27 | 7 | 27 | 25 |
| 33 | 1 | 33 | 17 |
| 34 | 24 | 36 | 4 |
| 37 | 8 | 38 | 21 |
| 39 | 21 | 41 | 23 |
| 42 | 4 | 43 | 8 |
| 43 | 14 | 44 | 14 |
| 44 | 19 | 45 | 9 |
| 45 | 17 | 45 | 20 |
| 47 | 3 | 47 | 6 |
| 49 | 22 | 51 | 12 |
| 53 | 12 | 53 | 22 |
| 54 | 25 | 56 | 12 |
| 56 | 18 | 57 | 23 |
| 58 | 1 | 59 | 12 |
| 60 | 14 | 63 | 4 |
| 65 | 4 | 65 | 20 |
| 68 | 3 | 68 | 10 |
| 68 | 19 | 70 | 12 |
| 74 | 25 | 80 | 4 |
| 81 | 1 | 85 | 15 |
| 86 | 12 | 86 | 16 |
| 88 | 21 | 89 | 16 |

**ARTHUR DEMAREST**
**October 30, 2009**
**KOVACEVICH v. VANDERBILT**
**Case No. 3:09-0068**
**&**
**VANDERBILT v. KOVACEVICH**
**AND**
**KOVACEVICH v. DEMAREST**
**Case No. 08-1000-IV**
**Vol. 1**

| From: | | To: | |
|---|---|---|---|
| Page | Line | Page | Line |
| 89 | 24 | 90 | 6 |
| 90 | 11 | 93 | 5 |
| 93 | 12 | 94 | 19 |
| 95 | 18 | 96 | 12 |
| 96 | 18 | 96 | 23 |
| 100 | 12 | 101 | 5 |
| 104 | 9 | 104 | 25 |
| 105 | 16 | 110 | 9 |
| 112 | 12 | 114 | 24 |
| 115 | 14 | 116 | 16 |