UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **BRIGITTE KOVACEVICH** | ) | |
| | ) | |
| v. | ) | No. 3:09-0068 |
| | ) | Judge Echols |
| **VANDERBILT UNIVERSITY** | ) | |

**O R D E R**

Counsel for the parties have informed the Court that this case has been compromised and settled and that all of the claims between the parties should be dismissed. The said compromise and settlement has been made without intervention or decision from the Court, and the Court finds no reason to object to the agreed dismissal as requested by the parties.

Therefore, the Court having been advised by counsel that the matters in controversy between the parties have been settled, it is hereby ORDERED that this case is DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. Within this sixty-day period, the parties may submit a proposed agreed order of compromise and dismissal.

IT IS SO ORDERED.

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE